# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA BOTTORFF, | ) |
|       **Plaintiff,** | ) ) ) |
| v. | ) |
| TRIUMPH FOODS, LLC, MELISSIA SHIBE, ROBB URSCHEL, AND BRADLEY KNADLER, | ) Case No. 5:18-cv-06090-MJW ) ) ) |
|       **Defendants.** | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, with the parties paying their own costs.

A proposed Order is submitted contemporaneously.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, with the parties paying their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/Anne E. Baggott* | */s/ Gregory D. Ballew* |
| Anne E. Baggott, | J. Randall Coffey    MO Bar No. 35070 |
| abaggott@dysarttaylor.com | Gregory D. Ballew    MO Bar No. 47379 |
| Amanda Pennington Ketchum, | **FISHER & PHILLIPS LLP** |
| aketchum@dysarttaylor.com | 4900 Main Street, Suite 650 |
| Dysart Taylor Cotter McMonigle & Montemore, PC | Kansas City, MO 64112 |
| 4420 Madison Avenue, Suite 200 | Phone: (816) 842-8770 |
| Kansas City, MO 64111 | Facsimile: (816) 842-8767 |
| Phone: 816.931.2700 | Email: rcoffey@fisherphillips.com |
| Fax: 816.931.7377 | Email: gballew@fisherphillips.com |
| *ATTORNEYS FOR PLAINTIFFS* | |
| | ATTORNEYS FOR DEFENDANT TRIUMPH FOODS, LLC |